# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2016-0490, <u>State of New Hampshire v. Mark Murphy</u>, the court on July 28, 2017, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Mark Murphy, appeals an order of the Superior Court (<u>Wageling</u>, J.) granting the State's motion to admit evidence under New Hampshire Rule of Evidence 404(b) and his conviction, following a jury trial in Superior Court (<u>Anderson</u>, J.), on a charge of second degree assault, <u>see</u> RSA 631:2, I (2016). He contends that the trial court erred by admitting: (1) pursuant to Rule 404(b), evidence of a pattern of escalating physical and emotional abuse of the victim; and (2) expert testimony regarding the effects of such abuse. <u>See</u> <u>State v. Dow</u>, 168 N.H. 492, 495 (2016).

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**